**Order entered June 6, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00215-CV

### RUTH TORRES, Appellant

### V.

### THE CONTINENTAL APARTMENTS, ALL CITIES TOWING INC., CITY VEHICLE STORAGE INC., Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-03695-D**

## ORDER

The reporter's record in this appeal is overdue. By letter dated May 25, 2018, we informed appellant that we had received notice from the court reporter that the record had not been filed because it had not been requested. We directed appellant to file, within ten days, written verification she had requested the record and had paid or made arrangements to pay for the record or had been found entitled to proceed without payment of costs. Appellant complied, filing a notice with attachments showing she had requested the record and is unable to pay costs. Accordingly, we **ORDER** Coral L. Wahlen, Official Court Reporter of County Court at Law No. 4, to file the record no later than July 6, 2018.

We **DIRECT** the Clerk of the Court to send a copy of this order to Ms. Wahlen and the parties.


        /s/     DAVID EVANS
                  JUSTICE